**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COUNTY OF CHESTER, | : | No. 260 MAL 2026 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum Opinion and** |
| | : | **Order** of the Commonwealth |
| | : | Court at No. 449 CD 2025 entered |
| DIANE HOUSER, | : | on February 9, 2026, **affirming** |
| | : | the Lower Court Order of the |
| Respondent | : | Chester County Court of Common |
| | : | Pleas at No. 2024-11234-CS |
| | : | entered on March 6, 2025 |

## ORDER

**PER CURIAM**                                                    **DECIDED: July 21, 2026**

**AND NOW**, this 21st day of July, 2026, the Petition for Allowance of Appeal is **GRANTED**, the order of the Commonwealth Court is **VACATED**, and the case is **REMANDED** to the Commonwealth Court for reconsideration in light of *Honey v. Lycoming County Offices of Voter Services*, 355 A.3d 801 (Pa. 2026).

The Application for Leave to File an Amicus Curiae Brief is **DENIED AS MOOT**.